■ SYLVIA S. KLETTER, Respondent, v. GEORGE KLETTER, Appellant, et al., Defendant.— Order, entered on September 30, 1960, to the extent that it granted plaintiff wife a counsel fee of $1,500, unanimously modified, on the law, on the facts, and in the exercise of discretion, to reduce such allowance to the sum of $1,000, and the order is otherwise affirmed, with $20 costs and disbursements to the appellant. In view of the early abandonment by defendant-appellant of his opposition to the relief sought by plaintiff wife the amount of counsel fee awarded to her is excessive. Any fee in excess of $1,000 was not warranted. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of BURTON N. PUGACH, an Attorney.— Motion for an order relieving Herbert S. Siegal, Esq., as attorney for respondent in the above-entitled proceeding denied without prejudice to any plenary action respondent may be advised to institute against Herbert S. Siegal and Louis Fusco. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. ERNEST PETERSON. (B) THE PEOPLE OF THE STATE OF NEW YORK v. STEPHEN LAGODA. (C) THE PEOPLE OF THE STATE OF NEW YORK v. HILTON McGEE. (D) THE PEOPLE OF THE STATE OF NEW YORK v. HILTON McGEE.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court. Anthony F. Marra, Esq. of 100 Centre St., New York, N. Y. is assigned as counsel for the appellant for the purposes of the appeal. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ. [Same decision] (E) THE PEOPLE OF THE STATE OF NEW YORK v. CLARENCE MOORE. (F) THE PEOPLE OF THE STATE OF NEW YORK v. FLOYD NIXON. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ. [Same decision] (G) THE PEOPLE OF THE STATE OF NEW YORK v. HOUSTON WHITE (Alias " Ace ").— Concur — Botein, P. J., Breitel, Stevens and Eager, JJ. [Same decision] (H) THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE HILL. (I) THE PEOPLE OF THE STATE OF NEW YORK v. PAUL D. HILL. (J) THE PEOPLE OF THE STATE OF NEW YORK v. NOEL BARBOSA. (K) THE PEOPLE OF THE STATE OF NEW YORK v. WALTER WESTON. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.